452 A.2d 28

Commonwealth v. Floyd, Appellant.

Submitted June 22, 1982. Joseph V. Furlong, Jr., for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Judgment of sentence affirmed, jurisdiction of the Superior Court of Pennsylvania is relinquished and the lower court is directed to enforce its sentence.

452 A.2d 1073

Commonwealth v. Frazee, Appellant.
Reargument Denied Dec. 13, 1982.

Submitted January 12, 1982. William C. Kaczynski, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Judgment of sentence affirmed.